ORIGINAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| SEAN STEVENS | ) | |
| | ) | Charging District:        District of Maine |
| _Defendant_ | ) | Charging District's Case No.   1:26-cr-00018-JAW-2 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: District Court in Maine FEDERAL BUILDING, 202 Harlow St Bangor- JUDGE JOHN A. WOODCOCK, JR / MAGISTRATE JUDGE JOHN C. NIVISON | Courtroom No.: |
|---|---|
| | Date and Time: Wednesday, April 29th at 2:30 p.m., |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        04/18/2026

_Judge's signature_

KATHARINE H. PARKER USMJ - SDNY

_Printed name and title_